THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Gary S. Scott,       
Appellant.
 
 
 

Appeal From Dillon County
James E. Lockemy, Circuit Court Judge

Unpublished Opinion No. 2004-UP-229
Submitted January 29, 2004  Filed March 31, 2004 

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia; and Solicitor Jay E. Hodge, Jr., of Cheraw, for Respondent.
 
 
 

PER CURIAM:  Gary S. Scott appeals his convictions 
 for armed robbery, grand larceny, and murder.  Scotts appellate counsel has 
 petitioned to be relieved as counsel, stating he has reviewed the record and 
 has concluded Scotts appeal is without merit.  The issue briefed by counsel 
 concerns whether the trial court erred in admitting into evidence an incriminating 
 statement the police obtained from Scott allegedly in violation of Miranda 
 v. Arizona, 384 U.S. 436 (1966).  Scott has filed a brief with this court 
 on his own behalf with ten arguments.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues in this case that are arguable on their merits.  Accordingly, we dismiss 
 Scotts appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
 [1] 
 Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rules 215 
 and 220(b)(2), SCACR.